In the Matter of PARAMOUNT PUBLIX CORPORATION, Debtor (ROOT, CLARK & BUCKNER and ROOT, CLARK, BUCKNER & BALLANTINE, Appellants).

Paramount Pictures, Inc. (Formerly Paramount Publix Corporation, the Debtor and Bankrupt Herein), et al., Appellees.

No. 314.

Circuit Court of Appeals, Second Circuit.

May 4, 1936.

Root, Clark & Buckner and Root, Clark, Buckner & Ballantine, all of New York City, for appellants.

Simpson, Thacher & Bartlett, of New York City (Thomas D. Thacher, Edwin L. Weisl, and Richard Jones, III, all of New York City, of counsel), for appellee Paramount Pictures, Inc.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order (12 F.Supp. 823) affirmed.

In the Matter of PARAMOUNT PUBLIX CORPORATION, Debtor (STOCKHOLDERS' COMMITTEE, Appellants).

Paramount Pictures, Inc. (Formerly Paramount Publix Corporation, the Debtor Herein), et al., Appellees.

No. 335.

Circuit Court of Appeals, Second Circuit.

May 4, 1936.

Cook, Nathan & Lehman, of New York City, for stockholders' committee.

Simpson, Thacher & Bartlett, of New York City (Thomas D. Thacher, Edwin L. Weisl, and Richard Jones, III, all of New York City, of counsel), for appellee Paramount Pictures, Inc.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order (12 F.Supp. 823) affirmed.